JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONY R. MEJIA, <br><br> Petitioner, <br><br> v. <br><br> FERETI SEMAIA, Warden, <br><br> Respondent. | NO. EDCV 25-1987-SPG (AGR) <br><br> JUDGMENT |

    Pursuant to the Minute Order Denying Emergency Motion for Immediate Release as Moot,

    IT IS ADJUDGED that Judgment is entered denying the Petition for Writ of Habeas Corpus as moot and that this action is dismissed without prejudice.

DATED: August 29, 2025

_____
SHERILYN PEACE GARNETT
United States District Judge